IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 5:13cr00025 |
| v. ) | |
| ) | |
| JOSHUA ADAM PETTYJOHN, ) | |
|     Defendant. ) | |
| ) | |
| ) | By:   Michael F. Urbanski |
| ) |         United States District Judge |

### ORDER

The court referred this case to United States Magistrate Judge James G. Welsh for conduct of a plea hearing and plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure pursuant to 28 U.S.C. § 636(b)(3).

The magistrate judge filed a report and recommendation on November 21, 2014, recommending that defendant's pleas of guilty to Count One and Count Eight of the Third Superseding Indictment be accepted. No objections were filed by either party to the report and recommendation, and the court is of the opinion that the report and recommendation should be adopted in its entirety. Accordingly, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby **ACCEPTED IN WHOLE**, defendant's pleas of guilty to Count 1 and Count 8 of the Third Superseding Indictment are **ACCEPTED**, and the defendant is adjudged **GUILTY** of Count 1 and Count 8 of the Third Superseding Indictment.

It is so **ORDERED**.

Entered:  December 9, 2014

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge